**DISMISS and Opinion Filed April 7, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00038-CV

### GEORGE W. LEE, Appellant
### V.
### DISCOVER BANK, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-00254-2021**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Smith

The clerk's record has not been filed because appellant has not paid the fee for the record. By letter dated March 11, 2022, we instructed appellant to provide, within ten days, either written verification that payment or payment arrangements for the record have been made or written documentation that appellant has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to comply may result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). As of today's date, appellant has not filed the requested verification or documentation or otherwise communicated with the Court regarding

the status of the clerk's record. Accordingly, we dismiss the appeal for want of prosecution. *See id.*

/Craig Smith/
CRAIG SMITH
JUSTICE

220038F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

GEORGE W. LEE, Appellant

No. 05-22-00038-CV     V.

DISCOVER BANK, Appellee

On Appeal from the County Court at Law No. 2, Collin County, Texas Trial Court Cause No. 002-00254-2021.
Opinion delivered by Justice Smith. Justices Carlyle and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DISCOVER BANK recover its costs of this appeal from appellant GEORGE W. LEE.

Judgment entered April 7, 2022